158 So. 543
CITY OF MOBILE v. Charles NELSON, Jr., et al.

I Div. 840.

· Supreme Court of Alabama.
Dec. 20, 1934.

Rehearing Denied Jan. 24, 1935.

■

See, also, ante, p. 297, 156 So. 638.

Harry Seale and Stevens, McCorvey, McLeod, Goode & Turner, all of Mobile, for appellant.

D. R. Coley, Jr., and W. C. Taylor, both of Mobile, for appellees.

FOSTER, Justice.

Modified and affirmed on authority of City of Mobile v. Claude M. Farrell et al., ante, p. 582, 158 So. 539, this day decided.

Modified and affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.